DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PABLO CRUZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3878

[October 1, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case Nos. 15-015560-CF-10A and 16-004748-CF-10A.

Pablo Cruz, Pompano Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***